UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**EDDIE LAMAR JOHNSON** : **DOCKET NO. 2:22-cv-0571**
     **REG. # 22965-075**                                  **SECTION P**

**VERSUS** : **JUDGE JAMES D. CAIN**

**WARDEN MA'AT** : **MAGISTRATE JUDGE KAY**

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Pursuant To Federal Rule 12(b)(1) filed by the Government (doc. 9), be **GRANTED**, the Petition for Writ of Habeas Corpus be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 7th day of December, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**